## CERTIFICATE OF SERVICE

I, Jason M. Madron, do hereby certify that on March 24, 2005 a copy of the foregoing **Notice of Appeal [JP Morgan Chase Bank, as Trustee]** was served on the parties on the attached list and in the manner indicated thereon.

                                      Jason M. Madron (Del. Bar No. 4431)

## Service List for Oakwood Homes Corporation,
## Civil Action Nos. 04-835, 836, 837, 838 and 839 (JJF), Consolidated

***Via Hand Delivery:***

Karen C. Bifferato, Esquire
Christina Thompson, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899

Derek C. Abbott, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Lockbox 2313
Wilmington, Delaware 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, Delaware 19801

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, Delaware 19801

***Via Federal Express:***

Michael B. Fisco, Esquire
Abby E. Wilkinson, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Robert J. Stark, Esquire
King & Spalding
1185 Avenue of the Americas
New York, New York 10036-4003

John J. Galban, Esquire
M. William Munno, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

Rheba Rutkowski, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

Michael J. Reilly, Esquire
Anna M. Boelitz, Esquire
Michael C. D'Agostino, Esquire
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103

*Via Federal Express:*

    Steven G. Varner, Esquire
    Alvarez & Marsal
    800 Apollo Street
    Suite 304
    El Segundo, California 90245

    Robert C. Goodrich, Jr., Esquire
    Alex P. Herrington, Jr., Esquire
    Stites & Harbison, PLLC
    SunTrust Center, Suite 1800
    424 Church Street
    Nashville, Tennessee 37219-2376

    Peter Partee, Esquire
    Hunton & Williams
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, Virginia 23219-4074

RLF1-2776310-1