IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OAKWOOD HOMES CORP. et al.,<br><br>Debtors. | Chapter 11<br><br>Bankr. Case No. 02-13396 (PJW)<br><br>Jointly Administered |
| JEFFERSON PILOT CORPORATION, TYNDALL PARTNERS, LP, and TYNDALL INSTITUTIONAL PARTNERS, LP,<br><br>Appellants,<br><br>- against -<br><br>U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee,<br><br>Appellee. | Dist. Ct. Case No. 04-CV-835 (JJF)<br><br>(Consolidated Cases) |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. 3(a), Jefferson Pilot Corporation, Tyndall Partners, LP, and Tyndall Institutional Partners, LP, appealing holders of certain Class B-2 Certificates (the "B-2 Holders") issued by certain non-debtor REMIC trusts ("REMIC Trusts") formed by debtor Oakwood Homes Corporation ("OHC"), by and through the undersigned counsel, hereby give notice of appeal to the United States Court of Appeals for the Third Circuit from the final order of the United States District Court for the District of Delaware (Farnan, J.), entered February 22, 2005 in the above-captioned consolidated cases (DI 51), affirming the May 6, 2004 orders of the United States Bankruptcy Court for the District of Delaware, granting in part, and denying, in part, the objections of appellee U.S. Bank National Association, as indenture trustee for the

RLF1-2856177-1

holders of certain senior notes issued by OHC, to the amended proofs of claim filed by JPMorgan Chase Bank, in its capacity as successor trustee on behalf of the B-2 Holders, including Jefferson Pilot Corporation, Tyndall Partners, LP, and Tyndall Institutional Partners, LP.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Appellants | Counsel |
| --- | --- |
| JPMorgan Chase Bank, as Trustee, and appealing B-2 Holders Jefferson Pilot Corporation, Tyndall Partners, LP, Tyndall Institutional Partners, LP, Academy Life Insurance Company, Life Investors Insurance Company of America, Monumental Life Insurance Company, People's Benefit Life Insurance Company, and Transamerica Life Insurance Company | Russell C. Silberglied (DE No. 3462)<br>Jason M. Madron (DE No. 4431)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7545<br><br>M. William Munno<br>John J. Galban<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 574-1602<br>(representing JPMorgan, as Trustee, only)<br><br>Robert C. Goodrich, Jr.<br>Madison L. Cashman (DE No. 4079)<br>STITES & HARBISON, PLLC<br>SunTrust Center, Suite 1800<br>424 Church Street<br>Nashville, Tennessee 37219<br>(615) 782-2200<br><br>Alex P. Herrington, Jr.<br>STITES & HARBISON, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>(502) 587-3400<br><br>G. Eric Brunstad, Jr.<br>BINGHAM McCUTCHEN LLP<br>One State Street<br>Hartford, CT 06103<br>(860) 240-2700<br><br>Timothy B. DeSieno<br>BINGHAM McCUTCHEN LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 705-7000<br><br>Rheba Rutkowski<br>BINGHAM McCUTCHEN LLP<br>150 Federal Street<br>Boston, Massachusetts 02110<br>(617) 951-8000 |

RLF1-2856177-1

| Appellee | Counsel |
|---|---|
| U.S. Bank National Association, as Indenture Trustee | Michael B. Fisco<br>Abby E. Wilkinson<br>FAEGRE & BENSON LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>(612) 766-7000<br><br>Karen C. Bifferato (DE No. 3279)<br>Christina Thompson (DE No. 3976)<br>Marc J. Phillips (DE No. 4445)<br>Connolly Bove Lodge & Hutz LLP<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, Delaware 19899<br>(302) 658-9141 |

| Liquidation Trust | Counsel |
|---|---|
| Oakwood Homes Corporation Liquidation Trust | Robert J. Dehney (DE No. 3578)<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 198899-1347<br>(302) 658-9200<br><br>Robert J. Stark<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>(212) 556-2100 |

Dated: March 24, 2005
       Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*

Russell C. Silberglied (DE No. 3462)
Jason M. Madron (DE No 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7545

- and -

G. Eric Brunstad, Jr.
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700

- and -

Timothy B. DeSieno
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000

- and -

Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

*Co-Counsel for Jefferson Pilot Corporation, Tyndall Partners, LP, and Tyndall Institutional Partners, LP*