UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| OAKWOOD HOMES CORP., *et al.*, | Bankr. Case No. 02-13396 (PJW) |
| Debtors. | Jointly Administered |
| ACADEMY LIFE INSURANCE COMPANY, LIFE INVESTORS INSURANCE COMPANY OF AMERICA, MONUMENTAL LIFE INSURANCE COMPANY, PEOPLES BENEFIT LIFE INSURANCE COMPANY, and TRANSAMERICA LIFE INSURANCE COMPANY, | Dist. Ct. Case Nos. 04-CV-831 (JJF) through 04-CV-835 (JJF) Cases Consolidated under Case No. 04-CV-835 (JJF) |
| Appellants, | |
| - against - | |
| U.S. BANK NATIONAL ASSOCIATION, As Indenture Trustee, | |
| Appellee. | |

## NOTICE OF APPEAL

Pursuant to 28 U.S.C. § 158(d) and Fed. R. App. 3(a), Academy Life Insurance Company, Life Investors Insurance Company of America, Monumental Life Insurance Company, Peoples Benefit Life Insurance Company, and Transamerica Life Insurance Company, holders of certain Class B-2 Certificates (the "AEGON B-2 Holders") issued by certain non-debtor REMIC trusts ("REMIC Trusts") formed by debtor Oakwood Homes Corporation ("OHC"), by and through the undersigned counsel, hereby give notice of appeal to the United States Court of Appeals for the Third Circuit from the final order of the United States District

CA156:CA679:618743:1:NASHVILLE
3/24/05

Court for the District of Delaware (Farnan, J.) entered February 22, 2005, in the above-captioned consolidated cases (DI 51), affirming the May 6, 2004 orders of the United States Bankruptcy Court for the District of Delaware, granting in part, and denying in part, the objections of Appellee U.S. Bank National Association, as indenture trustee for the holders of certain senior notes issued by OHC, to the amended proofs of claim filed by JPMorgan Chase Bank on behalf of certain B-2 Holders, including the AEGON B-2 Holders.

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| APPELLANTS | COUNSEL FOR APPELLANTS |
| --- | --- |
| JPMorgan Chase Bank, as Trustee, and appealing B-2 Holders:<br>Tyndall Partners, LP,<br>Tyndall Institutional Partners, LP,<br>Jefferson Pilot Corporation,<br>Academy Life Insurance Company,<br>Life Investors Insurance Company of America,<br>Monumental Life Insurance Company,<br>Peoples Benefit Life Insurance Company, and<br>Transamerica Life Insurance Company, | M. William Munno<br>John J. Galban<br>Seward & Kissell, LLP<br>One Battery Park Plaza<br>New York, New York 10004<br>(212) 574-1602<br>*(Exclusively as Counsel to JPMorgan Chase Bank, as Trustee)*<br><br>Russell C. Silberglied (DE No. 3462<br>Jason M. Madron (DE No. 4431)<br>Richards, Layton & Finger, PA<br>One Rodney Square, Post Office Box 551<br>Wilmington, Delaware 19899<br>(302) 651-7545<br><br>Robert C. Goodrich Jr.<br>Madison L. Cashman (DE No. 4079)<br>Stites & Harbison PLLC<br>424 Church Street, Suite 1800<br>Nashville, Tennessee 37219<br>(615) 244-5200<br><br>Alex P. Herrington Jr.<br>Stites & Harbison PLLC<br>400 West Market Street, Suite 1800<br>Louisville, Kentucky 40202<br>(502) 587-3400 |

| APPELLANTS (continued) | COUNSEL FOR APPELLANTS (continued) |
|---|---|
|  | G. Eric Brunstad Jr.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, Connecticut 06103<br>(860) 240-2700<br><br>Timothy B. DeSieno<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, New York 10022<br>(212) 705-7000<br><br>Rheba Rutkowski<br>Bingham McCutchen LLP<br>150 Federal Street<br>Boston, Massachusetts 02110<br>(617) 951-8000 |

| APPELLEE | COUNSEL FOR APPELLEE |
|---|---|
| U.S. Bank National Association,<br>as Indenture Trustee | Michael B. Fisco<br>Abby E. Wilkinson<br>Faegre & Benson LLP<br>2200 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, Minnesota 55402-3901<br>(612) 766-7000<br><br>Karen C. Bifferato (DE No. 3279)<br>Christina Thompson (DE No. 3976)<br>Marc J. Phillips (DE No. 4445)<br>Connolly Bove Lodge & Hutz LLP<br>1007 North Orange Street<br>Post Office Box 2207<br>Wilmington, Delaware 19899-2207<br>(302) 658-9141 |

CA156:CA679:618743:1:NASHVILLE
3/24/05

| LIQUIDATION TRUST | COUNSEL FOR LIQUIDATION TRUST |
|---|---|
| Oakwood Homes Corporation Liquidation Trust | Robert J. Dehney (DE No. 3578)<br>Morris, Nichols, Arsht & Tunnell<br>1201 N. Market Street, Post Office Box 1347<br>Wilmington, Delaware 19899-1347<br>(302) 658-9200<br><br>Robert J. Stark<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>(212) 556-2100 |

Dated: March 24, 2005

Respectfully submitted,

/s/ Christopher D. Loizides
Christopher D. Loizides (DE No. 3968)
LOIZIDES & ASSOCIATES
800 Legal Arts Building
1225 King Street
Wilmington, Delaware 19801
(302) 654-0248    Fax (302) 654-0728

- and -

Robert C. Goodrich Jr.
Madison L. Cashman (DE No. 4079)
STITES & HARBISON PLLC
1800 Financial Center
424 Church Street
Nashville, Tennessee 37219
(615) 244-5200    Fax (615) 782-2371

- and -

Alex P. Herrington Jr.
STITES & HARBISON PLLC
400 West Market Street, Suite 1800
Louisville, Kentucky 40202
(502) 587-3400    Fax (502) 587-6391

*Co-Counsel for the AEGON B-2 Holders*

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>OAKWOOD HOMES CORP., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Bankr. Case No. 02-13396 (PJW)<br>)<br>) Jointly Administered<br>) |
| ACADEMY LIFE INSURANCE COMPANY,<br>LIFE INVESTORS INSURANCE COMPANY OF AMERICA,<br>MONUMENTAL LIFE INSURANCE COMPANY,<br>PEOPLES BENEFIT LIFE INSURANCE COMPANY, and<br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Appellants,<br><br>- against –<br><br>U.S. BANK NATIONAL ASSOCIATION, As Indenture Trustee,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Dist. Ct. Case Nos. 04-CV-831 (JJF)<br>) through 04-CV-835 (JJF)<br>)<br>) Cases Consolidated under<br>) Case No. 04-CV-835 (JJF)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I, Christopher D. Loizides, do hereby certify that on the 24th day of March, 2005, I did cause to be served true and correct copies of the **Notice of Appeal** on the parties on the attached service list as indicated thereon.

Dated: March 24, 2005

/s/ Christopher D. Loizides
Christopher D. Loizides (DE No. 3968)
LOIZIDES & ASSOCIATES
800 Legal Arts Building
1225 King Street
Wilmington, Delaware 19801
Telephone:   (302) 654-0248
Facsimile:   (302) 654-0728

*Co-Counsel for the AEGON B-2 Holders*

050324153344.DOC

**SERVICE LIST**

**VIA FIRST CLASS MAIL**

Derek C. Abbott, Esquire
Morris Nichols Arsht & Tunnell
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347

Karen C. Bifferato, Esquire
Connolly Bove Lodge & Hutz
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street, Room 2313
Lockbox 35
Wilmington, DE 19801

Russell C. Silberglied, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551

John J. Galban, Esquire
Seward & Kissell, LLP
One Battery Park Plaza
New York, NY 10004

Michael B. Fisco, Esquire
Faegre & Benson, LLP
2200 Wells Fargo Center
90 So. Seventh Street
Minneapolis, MN 55402-3901

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, DE 19801