IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OAKWOOD HOMES CORP. *et al.*, | ) | Bankr. Case No. 02-13396 (PJW) |
| | ) | |
| Debtors | ) | Jointly Administered |
| | ) | |
| JEFFERSON PILOT CORPORATION, TYNDALL PARTNERS, LP, and TYNDALL INSTITUTIONAL PARTNERS, LP, | ) ) ) ) | |
| | ) | Dist. Ct. Case No. 04-CV-835 (JJF) |
| Appellants, | ) | |
| | ) | (Consolidated Cases) |
| - against - | ) | |
| | ) | |
| U.S. BANK NATIONAL ASSOCIATION, as Indenture Trustee, | ) ) | |
| | ) | |
| Appellee. | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of G. Eric Brunstad, Jr., Timothy B. DeSieno and Rheba Rutkowski of the firm Bingham McCutchen LLP and Russell C. Silberglied and Jason M. Madron of the firm Richards, Layton & Finger, P.A. in the above-captioned consolidated matter as counsel for appellants Jefferson Pilot Corporation, Tyndall Partners, LP and Tyndall Institutional Partners, LP.

Dated: March 31, 2005
      Wilmington, Delaware

Respectfully submitted,

*/s/ Jason M. Madron*
Russell C. Silberglied (Del. Bar No. 3462)
Jason M. Madron (Del. Bar No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
Wilmington, DE 19899
(302) 651-7700
E-mail:
Silberglied@rlf.com
Madron@rlf.com

- and -

G. Eric Brunstad, Jr.
BINGHAM McCUTCHEN LLP
One State Street
Hartford, CT 06103
(860) 240-2700
E-mail:
eric.brunstad@bingham.com

- and -

Timothy B. DeSieno
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
(212) 705-7000
E-mail:
tim.desieno@bingham.com

- and -

Rheba Rutkowski
BINGHAM McCUTCHEN LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000
E-mail:
rheba.rutkowski@bingham.com

*Co-Counsel for Jefferson Pilot Corporation, Tyndall Partners, LP, and Tyndall Institutional Partners, LP*