UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| OAKWOOD HOMES CORP., *et al.*, | ) Bankr. Case No. 02-13396 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| | ) |
| ACADEMY LIFE INSURANCE COMPANY, LIFE INVESTORS INSURANCE COMPANY OF AMERICA, MONUMENTAL LIFE INSURANCE COMPANY, PEOPLES BENEFIT LIFE INSURANCE COMPANY, and TRANSAMERICA LIFE INSURANCE COMPANY, | ) ) ) ) ) ) ) ) ) Dist. Ct. Case Nos. 04-CV-831 (JJF) ) through 04-CV-835 (JJF) ) ) Cases Consolidated under |
| Appellants, | ) Case No. 04-CV-835 (JJF) |
| - against – | ) |
| U.S. BANK NATIONAL ASSOCIATION, As Indenture Trustee, | ) ) |
| Appellee. | ) |

### CERTIFICATE OF SERVICE

I, Christopher D. Loizides, do hereby certify that on the 7th day of April, 2005, I did cause to be served true and correct copies of the **Designation of Items to be Included in the Record and Statement of Issues to be Presented on Appeal of Appellants AEGON B-2 Holders** on the parties on the attached service list as indicated thereon.

Dated: April 7, 2005

/s/ Christopher D. Loizides
Christopher D. Loizides (DE No. 3968)
LOIZIDES & ASSOCIATES
800 Legal Arts Building
1225 King Street
Wilmington, Delaware 19801
Telephone:    (302) 654-0248
Facsimile:     (302) 654-0728

050407212230

## Service List for Oakwood Homes Corporation

*Via Hand Delivery:*

Karen C. Bifferato, Esquire
Christina Thompson, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899

Derek C. Abbott, Esquire
Robert J. Dehney, Esquire
Morris, Nichols, Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, Delaware 19899

William F. Taylor, Jr., Esquire
McCarter & English, LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, Delaware 19801

Mark S. Kenney, Esquire
Office of the United States Trustee
844 King Street
Lockbox 2313
Wilmington, Delaware 19801

Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801

Eric Lopez Schnabel, Esquire
Klett Rooney Lieber & Schorling
1000 West Street
Suite 1410
Wilmington, Delaware 19801

Christopher D. Loizides, Esquire
Loizides & Associates
1225 King Street, Suite 800
Wilmington, Delaware 19801

*Via Federal Express:*

Michael B. Fisco, Esquire
Abby E. Wilkinson, Esquire
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402-3901

Robert Stark, Esquire
Brown Rudnick Berlack Israels LLP
120 West 45th Street
New York, New York 10036

John J. Galban, Esquire
M. William Munno, Esquire
Seward & Kissel LLP
One Battery Park Plaza
New York, New York 10004

Rheba Rutkowski, Esquire
Bingham McCutchen LLP
150 Federal Street
Boston, Massachusetts 02110

Michael J. Reilly, Esquire
Anna M. Boelitz, Esquire
Michael C. D'Agostino, Esquire
Bingham McCutchen LLP
One State Street
Hartford, Connecticut 06103

*Via Federal Express:*

    Steven G. Varner, Esquire
    Alvarez & Marsal
    800 Apollo Street
    Suite 304
    El Segundo, California 90245

    Robert C. Goodrich, Jr., Esquire
    Alex P. Herrington, Jr., Esquire
    Stites & Harbison, PLLC
    SunTrust Center, Suite 1800
    424 Church Street
    Nashville, Tennessee 37219-2376

    Peter Partee, Esquire
    Hunton & Williams
    Riverfront Plaza, East Tower
    951 East Byrd Street
    Richmond, Virginia 23219-4074

- 2 -

**HAND DELIVERY**

Russell C. Silberglied, Esquire
Richards Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899-0551