## **CERTIFICATE OF SERVICE**

I, Karen C. Bifferato , hereby certify that on the 13th day of April, 2005, I caused a copy of the foregoing to be served upon the parties indicated below in the manner indicated below.

                                                      /s/ Karen C.Bifferato
                                                Karen C. Bifferato (No. 3279)

**BY HAND DELIVERY:**

Robert J. Dehney, Esq.
Derek C. Abbott, Esq.
Gilbert R. Saydah, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Eric L. Schnabel, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Mark S. Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

Russell C. Silberglied, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

William F. Taylor, Jr., Esq.
McCarter & English, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**BY FACSIMILE AND FIRST-CLASS U.S. MAIL**:

Robert J. Stark, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

M. William Munno, Esq.
John J. Galban, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

| | |
|---|---|
| Robert C. Goodrich, Jr., Esq.<br>Madison L. Cashman, Esq.<br>Stites & Harbison PLLC<br>Sun Trust Center, Suite 1800<br>424 Church Street<br>Nashville, TN 37219 | Michael J. Reilly, Esq.<br>Anna M. Boelitz, Esq.<br>Michael C. D'Agostino, Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT  06103 |
| Timothy B. DeSieno, Esq.<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY  10022 | Steven G. Varner, Esq.<br>Alvarez & Marsal, LLC<br>633 West Fifth Street<br>Suite 2560<br>Los Angeles, CA 90071 |
| Alex P. Herrington, Jr., Esq.<br>Stites & Harbison, PLLC<br>400 West Market Street, Suite 1800<br>Louisville, KY 40202 | Peter Partee, Esq.<br>Hunton & Williams<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, VA  23219-4074 |
| Rheba Rutkowski, Esq.<br>Bingham & McCutchen LLP<br>150 Federal Street<br>Boston, MA  02110 | G. Eric Brunstad, Jr., Esq.<br>Bingham McCutchen LLP<br>One State Street<br>Hartford, CT 06103 |

390982