<u>**CERTIFICATE OF SERVICE**</u>

I, Karen C. Bifferato , hereby certify that on the 13th day of April, 2005, I caused a copy of

the foregoing to be served upon the parties indicated below in the manner indicated below.

/s/ Karen C.Bifferato

Karen C. Bifferato (No. 3279)

**BY HAND DELIVERY:**

Robert J. Dehney, Esq.
Derek C. Abbott, Esq.
Gilbert R. Saydah, Jr., Esq.
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
Wilmington, DE 19801

Eric L. Schnabel, Esq.
Klett, Rooney, Lieber & Schorling
1000 West Street, Suite 1410
Wilmington, DE 19801

Mark S. Kenney, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

Laurie Selber Silverstein, Esq.
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
Wilmington, DE 19801

Christopher D. Loizides, Esq.
Loizides & Associates
Legal Arts Building
1225 King Street, Suite 800
Wilmington, DE 19801

Russell C. Silberglied, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger
One Rodney Square
Wilmington, DE 19801

William F. Taylor, Jr., Esq.
McCarter & English, LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**BY FACSIMILE AND FIRST-CLASS U.S. MAIL**:

Robert J. Stark, Esq.
King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003

M. William Munno, Esq.
John J. Galban, Esq.
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

Robert C. Goodrich, Jr., Esq.
Madison L. Cashman, Esq.
Stites & Harbison PLLC
Sun Trust Center, Suite 1800
424 Church Street
Nashville, TN 37219

Timothy B. DeSieno, Esq.
Bingham McCutchen LLP
399 Park Avenue
New York, NY  10022

Alex P. Herrington, Jr., Esq.
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202

Rheba Rutkowski, Esq.
Bingham & McCutchen LLP
150 Federal Street
Boston, MA  02110

Michael J. Reilly, Esq.
Anna M. Boelitz, Esq.
Michael C. D'Agostino, Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT  06103

Steven G. Varner, Esq.
Alvarez & Marsal, LLC
633 West Fifth Street
Suite 2560
Los Angeles, CA 90071

Peter Partee, Esq.
Hunton & Williams
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA  23219-4074

G. Eric Brunstad, Jr., Esq.
Bingham McCutchen LLP
One State Street
Hartford, CT 06103

390982