# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JASON M. MADRON
ASSOCIATE

DIRECT DIAL NUMBER
302-651-7595
MADRON@RLF.COM

June 21, 2006

**VIA FEDERAL EXPRESS**

Marcia M. Waldron, Clerk
United States Court of Appeals
 for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

      Re: **JP Morgan Case Bank, as Trustee v. U.S. Bank National Association, as Indenture Trustee, Appeal No. 05-2032, 05-2033**

Dear Ms. Waldron:

    In light of the Court's June 9, 2006 **Precedential Opinion** and **Judgment** entered in the above-referenced appeals, enclosed for filing with the Court please find Appellants' **Bill of Costs** in accordance with Fed. R. App. P. 39 and 3rd Cir. LAR 39. As noted in the **Certificate of Service** attached to the **Bill of Costs**, a copy of the **Bill of Costs** was served by U.S. First Class Mail on counsel for Appellee today.

    Please feel free to contact me directly with any questions relating to the enclosed material.

            Respectfully,

            Jason M. Madron

JMM/lma
Enclosures
cc: Clerk of the United States District Court
    for the District of Delaware (w/enc., via hand delivery)
   Rheba Rutkowski, Esq. (w/enc., via First Class U.S. Mail)
   Karen Bifferato, Esq. (w/enc., via First Class U.S. Mail)
   Michael Fisco, Esq. (w/enc., via First Class U.S. Mail)
   Robert Stark, Esq. (w/enc., via First Class U.S. Mail)

RLF1-3028828-1

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

JPMorgan Chase Bank, Trustee (No. 05-2033), and Appealing
B-2 Holders Jefferson Pilot Life Insurance Company, Jefferson
Pilot financial Insurance Company, Tyndall Partners, LP,
Tyndall Institutional Partners, P (No. 05-2032)

No. 05-2032; 05-2033;
(Consolidated)

Appellants,

versus

U.S. Bank National Association, as Indenture Trustee,

Appellee.

The Clerk is requested to tax the following costs against:

<u>Appellee, U.S. Bank National Association, As Indenture Trustee</u>

COURT COSTS TAXABLE UNDER RULE 39 FRAP and 3rd Cir. LAR 39.3

| Item* | Reproduction Method (Mark One) | | Amount Requested | For Court Use Only Amount Disallowed |
|---|---|---|---|---|
| | Photocopying | Offset or Typographical | | |
| Appellant's Brief | X | | $225.60 | |
| Appendix | X | | $1,294.20 | |
| Appellee's Brief | | | | |
| Reply Brief | X | | $105.60 | |
| Sales Tax | | | | |
| Docketing Fee - Does not include the $5.00 filing fee | | | $510.00 | $ |

TOTAL $2,135.40

An itemized statement showing the actual cost per page for reproduction, the cost of all other taxable services and the number of copies for which costs are to be taxed must accompany this bill. If the briefs were produced in-house, a statement from counsel providing this information must accompany the bill. *See*, **Attached Exhibit A.**

I, Jason M. Madron verify under penalty of perjury that the foregoing is true and correct and that the costs were actually and necessarily incurred in this action. A copy was mailed on June 21, 2006 to opposing counsel.

_____  June 21, 2006
(Signature)                      (Date)
Attorney for Appellants

RLF1-3027751-1

After any deductions or deletions made above, costs will be taxed in the amount of $_____.

                                        Marcia M. Waldron
                                        Clerk

                    BY:

Date:

                                        _____
                                        Deputy Clerk

RLF1-3027751-1

# Exhibit A

## Statement of Counsel in Support of *Bill of Costs*

The following is an accurate detail of in-house duplication and binding costs incurred by Appellants in connection with the **Brief of Appellants** (the "Opening Brief"), **Appendix to Brief of Appellants** (the "Appendix") and **Reply Brief of Appellants** (the "Reply Brief").

**Representation of JP Morgan Chase, *et al.***  Our Matter No. 136989
**in the Oakwood Homes Bankruptcy**

| Date | Type | Description | Cost |
|---|---|---|---|
| 06/17/05 | Duplicating | 22068 copies @ $.20/page[1] | $4,413.60 |
| 06/17/05 | Binding | | $174.00 |
| 08/03/05 | Duplicating | 1191 copies @ $.20/page | $238.20 |
| 08/03/05 | Binding | | $84.00 |
| | | Total | $4,909.80[2] |

*[signature]*
Jason M. Madron

---

[1] Notwithstanding the actual billed cost to Appellants of $.20/page, the amount requested in the **Bill of Costs** only reflects a rate of $.10/page consistent with 3rd Cir. LAR 39.3(c)(2). With respect to binding costs only, to reflect Appellants' actual lower cost, Appellants are requesting less than the $4.00 per volume permitted by 3rd Cir. LAR 39.3(c)(2) in the **Bill of Costs**.

[2] Because Appellants produced additional copies of it's Opening Brief, Appendix and/or Reply Brief in-house for, among other reasons, providing copies to additional parties-in-interest and making additional copies for Appellants' files, the total amount requested by Appellants in the **Bill of Costs** is less than Appellants' total actual billed costs incurred in connection with the compensable materials

No. 05-2032, 05-2033 (Consolidated)

# In the
# United States Court of Appeals
## *for the*
# Third Circuit

In re OAKWOOD HOMES CORPORATION *et al.*

*Debtors.*

JPMORGAN CHASE BANK, TRUSTEE (No. 05-2033),
AND APPEALING B-2 HOLDERS TYNDALL PARTNERS, LP, TYNDALL INSTITUTIONAL PARTNERS, LP (No. 05-2032), ACADEMY LIFE INSURANCE COMPANY, LIFE INVESTORS INSURANCE COMPANY OF AMERICA, MONUMENTAL LIFE INSURANCE COMPANY, PEOPLE'S BENEFIT LIFE INSURANCE COMPANY, AND TRANSAMERICA LIFE INSURANCE COMPANY (No. 05-2034),

*Appellants,*

-against-

U.S. BANK NATIONAL ASSOCIATION, as INDENTURE TRUSTEE

*Appellee.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Jason M. Madron, hereby certify that on this 21st day of June, 2006, I caused a true and correct copy of the foregoing **Bill of Costs** to be served on all counsel in the manner indicated on the attached list.

Jason M. Madron

RLF1-3028842-1

### Service List for Oakwood Homes Corporation, Third Circuit Court of Appeals, Appeal Nos. 05-2032, 05-2033 (Consolidated)

*Via Federal Express*

Ms. Marcia M. Waldron, Clerk
United States Court of Appeals
  for the Third Circuit
21400 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1790

*Via Hand Delivery*

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
  for the District of Delaware
844 North King Street, Room 4209
Lockbox 18
Wilmington, DE 19801

*Via First Class U.S. Mail*

Karen C. Bifferato, Esq.
Jeffrey C. Wisler, Esq.
Christina Thompson, Esq.
Marc J. Phillips, Esq.
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(Counsel to Appellee)

*Via First Class U.S. Mail*

Michael B. Fisco, Esq.
Abby E. Wilkinson, Esq.
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(Counsel to Appellee)

Robert Stark, Esq.
Brown Rudnick Berlack Israels LLP
120 West 45th Street
New York, NY 10036
(Counsel to OHC Liquidation Trust)

Rheba Rutkowski, Esq.
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(Co-Counsel to Appellants)