UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

Nos. 05-2032 & 05-2033

———

IN RE: OAKWOOD HOMES CORPORATION,
Debtor

*JEFFERSON-PILOT LIFE INSURANCE
COMPANY; *JEFFERSON-PILOT FINANCIAL
INSURANCE; TYNDALL PARTNERS, LP and
TYNDALL INSTITUTIONAL PARTNERS, LP
Appellants in No. 05-2032

(D.C. Civil Nos. 04-cv-00835, 04-cv-00836,
04-cv-00837, 04-cv-00838, 04-cv-00839)

*(Amended in accordance with Clerk's Order dated 7/22/05)

———

IN RE: OAKWOOD HOMES CORPORATION,
Debtor

JP MORGAN CHASE BANK,
Appellant in No. 05-2033

(D.C. Civil Nos. 04-cv-00835, 04-cv-00836,
04-cv-00837, 04-cv-00838, 04-cv-00839)

———

On Appeal from the United States District Court
for the District of Delaware
(D.C. Civil Nos. 04-cv-00835, 04-cv-00836, 04-cv-00837,
04-cv-00838 and 04-cv-00839)
District Judge: Honorable Joseph J. Farnan, Jr.

———

Argued February 21, 2006

Before: McKEE, SMITH, and VAN ANTWERPEN, Circuit Judges.

JUDGMENT

This cause came to be heard on the record from the United States District Court for the District of Delaware and argued on February 21, 2006, on consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the order of the District Court dated February 22, 2005, is hereby REVERSED and the case REMANDED. Costs taxed against Appellee.

All of the above in accordance with the opinion of this Court.

                                  Attest:

                                  /s/ Marcia M. Waldron
                                  Clerk

DATED: June 9, 2006

Costs taxed in favor of *Appellants* as follows:

| | |
|---|---|
| Appellant's Brief | $   225.60 |
| Appendix | $1,294.20 |
| Reply Brief | $   105.60 |
| Docketing Fee | $   510.00 |
| TOTAL | $2,135.40 |

**Certified as a true copy and issued in lieu of a formal mandate on 7/20/06.**

Teste: *[signature: Margaret C. Wiegand]*

**Acting Clerk, U.S. Court of Appeals for the Third Circuit**